**Joshua SMITH, Plaintiff—Appellant,**

v.

Warden; Jon P. GALLEY; H.B. Murphy; Lancaster, Lieutenant; Frank E. Bishop, Lieutenant, Housing Unit #2 Manager; Hawkins, Doctor; Mr. Liler; C.E. Jones; Classification Supervisor, MRDCC; N. Brown, Headquarters Coordinator, Defendants—Appellees,

**and**

L. Gorden, Chief of Security; James E. Tichnell, CMM, Case Manager Supervisor; S. Helmick, CCMSII; J. Nines, CCMSII, Case Manager; R.S. Rodrick; J. Shreves, Lieutenant, Housing Unit #4 Manager; Tommy Riggleman, Lieutenant, Acting Unit #4 Manager; J. Hendershot, Doctor, Psycology; Ehlers, Doctor; R. Wills, COII, Institutional Coordinator; C. Koch, Headquarters Coordinator; Jack Kavanagh, Deputy Commissioner; William Sondervan, Commissioner; Stuart O. Simms, Secretary, Defendants.

**No. 05–6021.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 31, 2005.

Joshua Smith, Appellant pro se.

John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before: WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joshua Smith appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Smith's motion to protect his appeal from default, deny Smith's motion to appoint counsel and affirm on the reasoning of the district court. *See Smith v. Warden,* No. CA–02–4123–1–WDQ (D.Md. Dec. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*